JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RAYMOND CLARK,<br><br>  Petitioner,<br><br>  v.<br><br>TEHACHAPI STATE PRISON,<br><br>  Respondent. | No. CV 17-09241-MWF (DFM)<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Petition for Lack of Jurisdiction,

IT IS ADJUDGED that that the petition is summarily dismissed with prejudice.

Dated: April 5, 2018

_____
MICHAEL W. FITZGERALD
United States District Judge